IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JENNIFER LOCK-HOREV**<br><br>v.<br><br>**K-MART #7293, SEARS BRANDS, LLC, SEARS HOLDING CORPORATION, KMART CORPORATION, AND KMART HOLDING CORPORATION** | **CIVIL ACTION**<br><br>**NO. 14-6603** |

## ORDER

And NOW, this 17th day of August 2015, for the reasons stated in the foregoing Memorandum, upon consideration of Defendants' Motion to Dismiss Complaint (ECF 5), and all responses thereto, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**, and the case is **DISMISSED** for lack of subject matter jurisdiction with prejudice.  The Clerk shall close this case.

BY THE COURT:

/s/ Michael M. Baylson
_____
**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 14\14-6603 lock-horev v. kmart\order.MTD.8.5.15.docx